JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VARRAVETO,<br><br>      Plaintiff,<br><br>      v.<br><br>CAVALRY PORTFOLIO SERVICES, LLC, and<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>      Defendants. | Case No. 8:22-cv-01225-JWH-ADS<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 40] entered on or about August 2, 2023, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.
2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 11, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE